# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1004

_____

United States of America,    *
                             *
            Appellee,        *
                             *    Appeal from the United States
    v.                       *    District Court for the Eastern
                             *    District of Missouri.
Timmothy Thompson, Sr.,      *
                             *        [UNPUBLISHED]
            Appellant.       *

_____

Submitted: September 12, 2002

Filed: September 18, 2002

_____

Before BYE, RICHARD S. ARNOLD, BEAM, Circuit Judges.

_____

PER CURIAM.

Timmothy Thompson, Sr., appeals from the district court's[1] denial of his motion to suppress evidence obtained by St. Louis County Police Officer Keith Coleman during a visit to Thompson's home in response to a report that Thompson

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri, adopting the Report and Recommendation of United States Magistrate Judge Mary Ann L. Medler.

pointed a gun at his neighbor.[2]  When questioned by Officer Coleman, Thompson admitted to brandishing a gun.  Thompson offered to retrieve the gun, but Officer Coleman requested permission to enter the home to see the gun.  Although Officer Coleman did not have a warrant to enter the premises, Thompson said it was "okay" for the officer to enter.  Officer Coleman seized two firearms from the residence.

Thompson made a motion to suppress the evidence, arguing that he did not give Officer Coleman consent to enter the premises.  The district court found Officer Coleman a more credible witness and denied Thompson's motion to suppress.  "A district court's determination as to the credibility of a witness is virtually unreviewable on appeal."  United States v. Heath, 58 F.3d 1271, 1275 (8th Cir. 1995).  Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]Thompson entered a conditional plea of guilty to felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), and possession of an unregistered firearm, in violation of 26 U.S.C. § 5861(d).